ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiffs New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing and Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEW PENN FINANCIAL, LLC, d/b/a SHELLPOINT MORTGAGE SERVICING and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>BG NOVECIENTOS DOS S.A. CORP. ID 3-101-454051,<br><br>Defendant. | Case No.: 2:18-cv-00453-GMN-CWH<br><br>**STIPULATION AND ORDER TO STAY BRIEFING OF BG NOVECIENTOS DOS S.A. CORP.'S MOTION TO DISMISS COMPLAINT PENDING SETTLEMENT DISCUSSIONS** |

Defendant BG Novecientos Dos, S.A. Corp. ID 3-101-454051 (**BG**) and Plaintiffs New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing and Federal Home Loan Mortgage Corporation (collectively **Plaintiffs)** respectfully request a stay briefing of BG's Motion to Dismiss Complaint [ECF No. 11], filed April 11, 2018 for sixty (60) days, pending the parties good faith negotiations of settlement. The parties shall file a status report or stipulation to lift the stay of briefing on or before June 25, 2018.

. . .

. . .

44955745;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

The parties respectfully request this stay for the purpose of settlement discussions, this is the first request and is not made to cause any undue delay.

DATED this 25th day of April, 2018.

| **ECKLEY M. KEACH, CHTD**. | **AKERMAN LLP** |
|---|---|
| BY: /s/ Eckley M. Keach<br>ECKLEY M. KEACH, ESQ.<br>Nevada Bar No. 1154<br>521 South Third Street<br>Las Vegas, NV 89101<br>*Attorneys for BG Novecientos Dos S.A. Corp.* | BY: /s/ Tenesa Powell<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing and Federal Home Loan Mortgage Corporation* |

**ORDER**

IT IS SO ORDERED.

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: April 26, 2018

44955745;1